IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Armando Rodriguez, | ) | C.A. No.: 6:09-67-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT ORDER FOR EXTENSION** |
| | ) | **OF TIME IN WHICH TO REPLY TO** |
| Metropolitan Life Insurance Company, | ) | **PLAINTIFF'S MOTION TO LIFT** |
| | ) | **STAY ON DISCOVERY** |
| Defendant. | ) | |
| | ) | |

Defendant appeared before the Court requesting an additional fifteen (15) days to respond to

Plaintiff's Motion to Lift Stay on Discovery currently due on or before July 17, 2009, rendering a new

deadline for Defendant's response of August 3, 2009 and Plaintiff consents to this request. Furthermore,

Plaintiff requests an additional fifteen (15) days beyond the date Defendant files its Memorandum in

Response to the Plaintiff's Motion to Lift the Stay on Discovery for Plaintiff to reply, rather than the usual

five (5) days allowed for reply pursuant to Local Rule 7.07, DSC. Defendant consents to Plaintiff's

request for an additional ten (10) days to reply to Defendant's response in addition to the five (5) days

provided by the rule.

IT IS THEREFORE ORDERED that Defendant's response to the Plaintiff's Motion to Lift Stay

on Discovery shall be due on August 3, 2009 and Plaintiff shall have fifteen (15) days from that date or

the date that Defendant's response is filed to reply if necessary.


s/Henry F. Floyd
The Honorable Henry F. Floyd
U.S. District Judge

Date: July 17, 2009

**WE SO MOVE:**


s/Christine Gantt-Sorenson
Christine Gantt-Sorenson, Fed. ID # 5833
HAYNSWORTH SINKLER BOYD, P.A.
75 Beattie Place - 11th Floor
Post Office Box 2048
Greenville, South Carolina  29602
Email: csorenson@hsblawfirm.com
Telephone:(864) 240-3200
Fax: (864) 240-3336

Attorneys for Defendant


**WE CONSENT:**


s/Robert E. Hoskins
Robert E. Hoskins, Esquire
FOSTER LAW FIRM, LLP
601 McBee Avenue, Suite 104
P. O. Box 2123
Greenville, SC  29602
Email: rhoskins@fosterfoster.com

Attorneys for Plaintiff


July 17, 2009
Greenville, South Carolina